# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

LAKEVIEW OIL, INC.,

    Plaintiff,

v
    Case No.: 05-74219

ZURICH AMERICAN INSURANCE COMPANY,
    Hon. Denise Page Hood

    Defendant.
_____/

| | |
|---|---|
| MARC A. GOLDMAN (P24024) | PETER B. KUPELIAN (P31812) |
| Attorney for Plaintiff | CAROL G. SCHLEY (P51301) |
| 30300 Northwestern Hwy., Suite 312 | KUPELIAN ORMOND & MAGY, P.C. |
| Farmington Hills, MI 48334 | Attorneys for Defendant |
| (248) 932-3500 | 25800 Northwestern Highway, Suite 950 |
| | Southfield, Michigan 48037-0197 |
| | (248) 357-0000 |

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

At a session of the Court, held in the
Theodore Levin United States Courthouse,
City of Detroit, State of Michigan

on: June 21, 2006

PRESENT: HON. DENISE PAGE HOOD

In accordance with the Stipulation of Dismissal Without Prejudice and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed in its entirety without prejudice and without costs, interest or attorney fees to any party.

SO ORDERED this  21 st  day of June , 2006.

    s/ DENISE PAGE HOOD
    HON. DENISE PAGE HOOD